STATE OF WISCONSIN
CIRCUIT COURT
EAU CLAIRE COUNTY

TAMMY J. ANGELL
3321 Sundet Road
Eau Claire, WI  54703

    Plaintiff        Case No.
  v.            Case Code:  30107
                Case Type:  PI-Other

WALMART, INC.
CT Corporation System
301 S. Bedford Street, Suite 1
Madison, WI  53703

GROUP HEALTH COOPERATIVE OF EAU CLAIRE
Peter Farrow
Group Health Cooperative of Eau Claire
2503 N. Hillcrest Parkway
Altoona, WI  54720

    Defendants

**PLAINTIFF'S REPLY TO COUNTERCLAIM
BY GROUP HEALTH COOPERATIVE OF EAU CLAIRE**

  Plaintiff re-alleges all allegations contained in Plaintiff's complaint except as otherwise modified herein or otherwise explicitly pleaded.

1. Plaintiff expressly denies all allegations contained in GHC's Counterclaim unless otherwise addressed or admitted herein.
2. Plaintiff admits upon information and belief that she was insured under a health policy issued by GHC.
3. Plaintiff admits upon information and belief the amount of payments made by GHC to date and affirmatively asserts the terms and conditions of that health policy are controlled by applicable Wisconsin law.
4. Plaintiff denies the terms of the health policy issued by GHC entitles GHC to subrogation and puts GHC to its strict burden of proof to establish such an entitlement to subrogation.

  WHEREFORE, judgment is demanded as follows:

  (1) against the Defendant GHC for damages and other relief in accordance with the allegations of the complaint;

1

  (2) dismissing parties who may have claims based on subrogation or a right to reimbursement, and barring such parties from participating in any judgment or settlement in this action; and

  (3) for costs, interest and such other relief the court deems just and proper.

Dated this 11th day of January, 2021.

        LAGOM LAW, LLC.

        Electronically signed by Jeffrey A. Muszynski

        _____
        By: Jeffrey A. Muszynski, #1074414
          Attorney for Plaintiff

        310 ½ Main Street
        Stillwater, MN 55082
        651-785-3709
        E-mail: jeff@lagom-law.com